United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAIM JAMALI, et al.,

Plaintiffs,

v.

CITY AND COUNTY OF SAN FRANCISCO,

Defendant.

Case No. 26-cv-06923-AMO

**ORDER TO SHOW CAUSE**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed. R. Civ. P. 4(m). In the present case, the Complaint was filed on July 6, 2026, and more than 90 days have passed without service of process on Defendant. The Court, on its own motion, **ORDERS** Plaintiff to show cause in writing on or before November 16, 2026, why this action should not be dismissed for lack of prosecution.

The Order to Show Cause will be discharged if Plaintiff files proof of service of process on Defendant on or before the date indicated above. Failure to file a timely response to this Order to Show Cause shall result in dismissal of the action without further notice for lack of prosecution and for failure to comply with the orders of the Court.

The Court **VACATES** the November 12, 2026 case management conference, to be reset following service of process.

**IT IS SO ORDERED.**

Dated: November 2, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**